IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES in EXHIBIT A |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9.  Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order.  Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions.  It seems to me that, generally, the PPO-9 discovery should be completed within six months of the date of this Order.  However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 15th day of February, 2011.

/s/ Wm. R. Wilson, Jr._____
UNITED STATE DISTRICT COURT

---

[1] This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2] With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3] The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

**EXHIBIT A**

| | | |
|---|---|---|
| 4:04-cv-00442-BRW | Joo v. Wyeth | USDC CD CA |
| 4:04-cv-00888-BRW | Wieland v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-00890-BRW | Ciarrochi v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-00891-BRW | Dockery, et al v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-00897-BRW | Wheeler, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:04-cv-00900-BRW | Godfrey, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:04-cv-00901-BRW | Ross, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:04-cv-00905-BRW | Woods v. Wyeth Inc, et al | USDC SD OH |
| 4:04-cv-00906-BRW | Bowman, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:04-cv-01000-BRW | James v. Wyeth, et al | USDC ND TX |
| 4:04-cv-01045-BRW | Fankboner, et al v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-01046-BRW | Sperber, et al v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-01047-BRW | Basinger v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-01052-BRW | Charnofsky, et al v. Wyeth, et al | USDC ND CA |
| 4:04-cv-01070-BRW | Fisch v. Wyeth Inc, et al | USDC MN |
| 4:04-cv-01079-BRW | Burke v. Wyeth Ayerst Pharm, et al | USDC MN |
| 4:04-cv-01100-BRW | Plesset v. Wyeth Inc, et al | USDC SD OH |
| 4:04-cv-01101-BRW | Neal v. Wyeth Inc, et al | USDC SD OH |
| 4:04-cv-01102-BRW | Desper, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:04-cv-01103-BRW | McCracken, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:04-cv-01104-BRW | Reese v. Wyeth Inc, et al | USDC SD OH |
| 4:04-cv-01119-BRW | Pennington, et al v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-01122-BRW | Hollan, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:04-cv-01159-BRW | Havens, et al v. Wyeth Inc | USDC SD OH |
| 4:04-cv-01196-BRW | Bongiorno, et al v. Wyeth, et al | USDC MN |
| 4:04-cv-01260-BRW | McCumbers, et al v. Wyeth, et al | USDC SD WV |
| 4:04-cv-01272-BRW | Bland v. Wyeth, et al | USDC ND TX |
| 4:04-cv-01292-BRW | Bornstein, et al v. Wyeth, et al | USDC MN |
| 4:04-cv-01310-BRW | Coudriet, et al v. Wyeth Inc, et al | USDC ND OH |
| 4:04-cv-01323-BRW | Conwell, et al v. Wyeth, et al | USDC MD |
| 4:04-cv-01369-BRW | Connally, et al v. Wyeth, et al | USDC ED TX |
| 4:04-cv-01387-BRW | Chambers, et al v. Wyeth, et al | USDC SD WV |
| 4:04-cv-01390-BRW | Alberta, et al v. Wyeth, et al | USDC CO |
| 4:04-cv-01406-BRW | Joiner, et al v. Wyeth, et al | USDC ND FL |
| 4:04-cv-01471-BRW | Asnip, et al v. Wyeth, et al | USDC ND FL |
| 4:04-cv-01486-BRW | Swanson v. Wyeth, et al | USDC MN |
| 4:04-cv-01533-BRW | Geisler, et al v. Wyeth, et al | USDC ED WI |
| 4:04-cv-01534-BRW | Gray, et al v. Barr Pharm, et al | USDC SD TX |
| 4:04-cv-01535-BRW | Boren, et al v. Davis, et al | USDC SD TX |
| 4:04-cv-01642-BRW | Peel, et al v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01644-BRW | Russell, et al v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01645-BRW | Ferguson, et al v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01646-BRW | Riley, et al v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01648-BRW | Wilkins, et al v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01662-BRW | Brown, et al v. Wyeth Inc, et al | USDC ND AL |

| Case Number | Case Name | Court |
|---|---|---|
| 4:04-cv-01663-BRW | Cowan, et al v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01679-BRW | Taylor v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01682-BRW | Mattson, et al v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01684-BRW | Bresette, et al v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01685-BRW | Hagan, et al v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01689-BRW | Cummings, et al v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01690-BRW | Lesmeister, et al v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01691-BRW | Jensen, et al v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01701-BRW | Reeley, et al v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01704-BRW | Caprio v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01706-BRW | Martinez v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01709-BRW | Hart v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01710-BRW | Steele v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-01711-BRW | Silvia v. Wyeth Inc, et al | USDC ND AL |
| 4:04-cv-02134-BRW | Mullins v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02135-BRW | Neal v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02139-BRW | O'Brien v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02141-BRW | Orr v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02142-BRW | Pace v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02145-BRW | Patterson v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02147-BRW | Phillips v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02150-BRW | Plemons v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02151-BRW | Pope v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02152-BRW | Porcelli v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02155-BRW | Powell v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02156-BRW | Powell v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02158-BRW | Prudhomme v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02159-BRW | Randol v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02161-BRW | Renfroe v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02164-BRW | Rivers v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02168-BRW | Royal v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02169-BRW | Russell v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02171-BRW | Schroeder v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02173-BRW | Sclater v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02174-BRW | Sharp v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02175-BRW | Sharpless v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02181-BRW | Snowden v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02185-BRW | Sprinkle, et al v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02187-BRW | Woodard v. Wyeth Pharmaceutical, et al | USDC ND AL |
| 4:04-cv-02328-BRW | Recantini, et al v. Wyeth, et al | USDC MN |
| 4:04-cv-02278-BRW | Barefoot, et al v. Wyeth et al | USDC ND AL |
| 4:05-cv-00100-BRW | Grubich, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00102-BRW | Porter v. Wyeth, et al | USDC MN |
| 4:05-cv-00104-BRW | McKnight, et al v. Wyeth Inc, et al | USDC MN |
| 4:05-cv-00115-BRW | Urban v. Wyeth, et al | USDC ID |

| | | |
|---|---|---|
| 4:05-cv-00218-BRW | Callihan v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00224-BRW | Kukuy, et al v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00232-BRW | Winter v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00236-BRW | Hosakote, et al v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00239-BRW | Kolterman, et al v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00241-BRW | Livingston, et al v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00247-BRW | Nghiem, et al v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00249-BRW | Patella, et al v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00250-BRW | Pettway, et al v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00259-BRW | Prokosch, et al v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00266-BRW | Sexton, et al v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00268-BRW | Voges, et al v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00277-BRW | Cross et al v. Wyeth et al | USDC SD TX |
| 4:05-cv-00279-BRW | Doggett v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00281-BRW | Garza, et al v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00283-BRW | Gunn, et al v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00286-BRW | Havard, et al v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00287-BRW | Adams, et al v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00290-BRW | Blair v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00294-BRW | Fafard v. Wyeth et al | USDC SD TX |
| 4:05-cv-00299-BRW | Hagger v. Wyeth et al | USDC SD TX |
| 4:05-cv-00304-BRW | Vineyard v. Wyeth et al | USDC SD TX |
| 4:05-cv-00310-BRW | Hinyard v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00314-BRW | Johnson v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00381-BRW | Rodriguez, et al v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00387-BRW | Harrington et al v. Wyeth et al | USDC MN |
| 4:05-cv-00388-BRW | Adams v. Wyeth, et al | USDC MN |
| 4:05-cv-00389-BRW | Dargis, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00394-BRW | Handelman v. Wyeth, et al | USDC MN |
| 4:05-cv-00398-BRW | Wasser v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00399-BRW | McBride, et al v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00401-BRW | Ley, et al v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00402-BRW | Shelburne, et al v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00403-BRW | Reinhardt v. Wyeth Pharmaceutical et al | USDC CD CA |
| 4:05-cv-00404-BRW | Steinman v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00405-BRW | Engel, et al v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00407-BRW | Alper, et al v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00408-BRW | Kravitz, et al v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00409-BRW | Andelson v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00411-BRW | Magener, et al v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00414-BRW | Markham, et al v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00420-BRW | Gratz, et al v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00421-BRW | Troutman, et al v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00424-BRW | Hadji v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00441-BRW | Baron v. Wyeth Pharmaceutical, et al | USDC CD CA |

| Case Number | Case Name | Court |
|---|---|---|
| 4:05-cv-00451-BRW | Heath, et al v. Wyeth Inc, et al | USDC SD CA |
| 4:05-cv-00579-BRW | Manousakis, et al v. Pfizer Inc | USDC DC |
| 4:05-cv-00580-BRW | Summers, et al v. Wyeth Inc, et al | USDC ED MO |
| 4:05-cv-00581-BRW | Rigger, et al v. Wyeth Inc, et al | USDC MD |
| 4:05-cv-00582-BRW | Odum, et al v. Wyeth Inc, et al | USDC ED NC |
| 4:05-cv-00583-BRW | Robertson, et al v. Wyeth Inc, et al | USDC ED MO |
| 4:05-cv-00585-BRW | Galligher v. Wyeth Inc, et al | USDC ND OH |
| 4:05-cv-00586-BRW | Darden, et al v. Wyeth Inc, et al | USDC ED MO |
| 4:05-cv-00589-BRW | Belden, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:05-cv-00590-BRW | Shaffer v. Wyeth, et al | USDC MN |
| 4:05-cv-00592-BRW | Roberts, et al v. Wyeth, et al | USDC SD IL |
| 4:05-cv-00596-BRW | Alsin, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00597-BRW | McDermott, et al v. Wyeth Inc, et al | USDC ED MO |
| 4:05-cv-00606-BRW | Balter, et al v. Wyeth, et al | USDC ED CA |
| 4:05-cv-00607-BRW | Williamson v. Wyeth, et al | USDC MN |
| 4:05-cv-00611-BRW | Galloway v. Wyeth Inc, et al | USDC WD TX |
| 4:05-cv-00623-BRW | Copeland v. Wyeth, et al | USDC MN |
| 4:05-cv-00624-BRW | Wilson, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00629-BRW | Podesta, et al v. Wyeth Pharml, et al | USDC CD CA |
| 4:05-cv-00631-BRW | Lowndes v. Wyeth, et al | USDC MA |
| 4:05-cv-00632-BRW | Joppru v. Wyeth, et al | USDC MA |
| 4:05-cv-00634-BRW | Bartholomew, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00637-BRW | Urquiza v. Wyeth, et al | USDC MA |
| 4:05-cv-00652-BRW | Turner, et al v. Wyeth, et al | USDC ED KY |
| 4:05-cv-00653-BRW | Gibson, et al v. Wyeth, et al | USDC ED KY |
| 4:05-cv-00655-BRW | Holt v. Wyeth, et al | USDC MN |
| 4:05-cv-00656-BRW | Clemons v. Wyeth Inc, et al | USDC SD MS |
| 4:05-cv-00663-BRW | Burchfield, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00674-BRW | Miller v. Wyeth, et al | USDC CD CA |
| 4:05-cv-00675-BRW | Ballenger v. Pharmacia & Upjohn, et al | USDC ND TX |
| 4:05-cv-00676-BRW | Smith v. Wyeth, et al | USDC MD FL |
| 4:05-cv-00686-BRW | Skerry v. Wyeth Inc, et al | USDC MA |
| 4:05-cv-00687-BRW | Schlein, et al v. Wyeth Pharm et al | USDC SD GA |
| 4:05-cv-00689-BRW | Hiles, et al v. Wyeth Inc, et al | USDC SD OH |
| 4:05-cv-00691-BRW | Johnson v. Wyeth, et al | USDC ED KY |
| 4:05-cv-00701-BRW | Harvey v. Wyeth, et al | USDC CD CA |
| 4:05-cv-00702-BRW | Lambert v. Wyeth Inc, et al | USDC ND MS |
| 4:05-cv-00703-BRW | Graham v. Wyeth Inc, et al | USDC WD LA |
| 4:05-cv-00743-BRW | Pierson v. Wyeth, et al | USDC MN |
| 4:05-cv-00745-BRW | Carter, et al v. Wyeth Inc, et al | USDC ND OH |
| 4:05-cv-00767-BRW | Bennatt v. Wyeth | USDC WD OK |
| 4:05-cv-00782-BRW | Yeoman v. Wyeth, et al | USDC CD CA |
| 4:05-cv-00812-BRW | Brown v. Wyeth, et al | USDC ED TX |
| 4:05-cv-00813-BRW | Cunningham, et al v. Wyeth, et al | USDC WD MO |
| 4:05-cv-00814-BRW | Kiener, et al v. Wyeth, et al | USDC WD NY |

| | | |
|---|---|---|
| 4:05-cv-00816-BRW | Kurpinski v. Wyeth Inc, et al | USDC MD FL |
| 4:05-cv-00817-BRW | Dooley v. Wyeth Inc, et al | USDC MD FL |
| 4:05-cv-00818-BRW | Garcia v. Wyeth Inc, et al | USDC MD FL |
| 4:05-cv-00825-BRW | Blanton, et al v. Wyeth, et al | USDC SD MS |
| 4:05-cv-00827-BRW | Wilcox, et al v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00828-BRW | Alford, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00829-BRW | Ambrose, et al v. Wyeth, et al | USDC MN |
| 4:05-cv-00830-BRW | Carnovale v. Wyeth, et al | USDC WD WA |
| 4:05-cv-00835-BRW | DeFalco v. Wyeth, et al | USDC MN |
| 4:05-cv-00838-BRW | Camp v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00840-BRW | Martin, et al v. Wyeth Pharmaceutical, et al | USDC CD CA |
| 4:05-cv-00854-BRW | Phillips v. Wyeth, et al | USDC WD LA |
| 4:05-cv-00855-BRW | Richardson v. Wyeth Inc | USDC WD LA |
| 4:05-cv-00856-BRW | McCauley v. Wyeth | USDC SD TX |
| 4:05-cv-00857-BRW | Schuttera, et al v. Wyeth Inc, et al | USDC ND OH |
| 4:05-cv-00860-BRW | Hull, et al v. Wyeth, et al | USDC SD MS |
| 4:05-cv-00861-BRW | Busby, et al v. Wyeth | USDC SD MS |
| 4:05-cv-00869-BRW | Laurens, et al v. Wyeth, et al | USDC SD FL |
| 4:05-cv-00870-BRW | Feldman v. Wyeth, et al | USDC SD FL |
| 4:05-cv-00889-BRW | Taddonio v. Wyeth, et al | USDC ED NY |
| 4:05-cv-00920-BRW | Rossi, et al v. Wyeth, et al | USDC SD TX |
| 4:05-cv-00921-BRW | Sartain, et al v. Wyeth Inc, et al | USDC ED MO |
| 4:05-cv-00965-BRW | Rosen et al v. Wyeth Pharmaceuticals Inc et al | USDC CD CA |
| 4:05-cv-00970-BRW | Rimmer v. Wyeth Pharmaceuticals Inc et al | USDC ND CA |
| 4:05-cv-00993-BRW | Austin v. Wyeth et al | USDC MN |
| 4:05-cv-01004-BRW | Higgins et al v. Wyeth Inc et al | USDC WD VA |
| 4:05-cv-01018-BRW | Shaw et al v. Wyeth et al | USDC ED TX |
| 4:05-cv-01019-BRW | Ketchum v. Wyeth et al | USDC ED MO |
| 4:05-cv-01032-BRW | Goudy v. Wyeth et al | USDC SD FL |
| 4:05-cv-01064-BRW | Benton et al v. Wyeth Pharmaceuticals Inc et al | USDC SD OH |
| 4:05-cv-01079-BRW | Ciereck et al v. Wyeth Inc et al | USDC ND NY |
| 4:05-cv-01095-BRW | Angers v. Wyeth Inc et al | USDC WD LA |
| 4:05-cv-01096-BRW | Kost et al v. Wyeth Inc et al | USDC OR |
| 4:05-cv-01099-BRW | Troth v. Wyeth Inc et al | USDC MD LA |
| 4:05-cv-01100-BRW | Parker et al v. Wyeth et al | USDC SD IL |
| 4:05-cv-01101-BRW | Sapp v. Wyeth Inc et al | USDC WD LA |
| 4:05-cv-01102-BRW | Allen et al v. Wyeth Inc et al | USDC SD MS |
| 4:05-cv-01103-BRW | Conrad et al v. Wyeth et al | USDC WD MO |
| 4:05-cv-01104-BRW | McHaffie et al v. Wyeth et al | USDC WD MO |
| 4:05-cv-01105-BRW | Lawson et al v. Wyeth et al | USDC WD MO |
| 4:05-cv-01106-BRW | Metcalf et al v. Wyeth Inc et al | USDC WD MO |
| 4:05-cv-01108-BRW | Maheux v. Wyeth et al | USDC AZ |
| 4:05-cv-01113-BRW | Sage v. Wyeth Inc et al | USDC MD |
| 4:05-cv-01114-BRW | Jones v. Wyeth Inc et al | USDC MD |
| 4:05-cv-01115-BRW | Collins et al v. Wyeth Inc et al | USDC MD |

| | | |
|---|---|---|
| 4:05-cv-01116-BRW | Redd-Owens et al v. Wyeth Inc et al | USDC MD |
| 4:05-cv-01122-BRW | Neil et al v. Wyeth et al | USDC ED MO |
| 4:05-cv-01127-BRW | Carroll v. Wyeth et al | USDC WD MI |
| 4:05-cv-01132-BRW | Phillips v. Wyeth et al | USDC CD CA |
| 4:05-cv-01134-BRW | King v. Wyeth Inc et al | USDC MD FL |
| 4:05-cv-01144-BRW | Tuccillo et al v. Wyeth Inc et al | USDC ND AL |
| 4:05-cv-01176-BRW | Lynn v. Wyeth Inc et al | USDC ND CA |
| 4:05-cv-01181-BRW | Beatty v. Wyeth Inc et al | USDC MD FL |
| 4:05-cv-01191-BRW | Mack et al v. Wyeth et al | USDC MD FL |
| 4:05-cv-01192-BRW | Hagan v. Wyeth Inc et al | USDC RI |
| 4:05-cv-01193-BRW | Sandler et al v. Wyeth et al | USDC MN |
| 4:05-cv-01199-BRW | Boone v. Wyeth et al | USDC ED TX |
| 4:05-cv-01202-BRW | Fuller v. Wyeth et al | USDC CD CA |
| 4:05-cv-01207-BRW | Puccio v. Wyeth Inc et al | USDC MD FL |
| 4:05-cv-01212-BRW | Stringer et al v. Wyeth et al | USDC KS |
| 4:05-cv-01213-BRW | Majors et al v. Wyeth et al | USDC KS |
| 4:05-cv-01214-BRW | Splane v. Wyeth et al | USDC KS |
| 4:05-cv-01217-BRW | Cook et al v. Wyeth Inc et al | USDC SC |
| 4:05-cv-01224-BRW | Mendelson v. Wyeth et al | USDC CD CA |
| 4:05-cv-01229-BRW | Johnson v. Wyeth et al | USDC CD CA |
| 4:05-cv-01230-BRW | Norsworthy et al v. Wyeth Inc et al | USDC SD IL |
| 4:05-cv-01231-BRW | Johnston et al v. Wyeth et al | USDC WD MO |
| 4:05-cv-01232-BRW | Voorhies et al v. Wyeth Inc et al | USDC SD OH |
| 4:05-cv-01233-BRW | Downey v. Wyeth et al | USDC MN |
| 4:05-cv-01235-BRW | Weekley et al v. Wyeth et al | USDC MD FL |
| 4:05-cv-01242-BRW | Phillip v. Wyeth et al | USDC SD NY |
| 4:05-cv-01243-BRW | Gimpes et al v. Wyeth et al | USDC CD CA |
| 4:05-cv-01249-BRW | Bloom v. Wyeth et al | USDC WD NY |
| 4:05-cv-01276-BRW | Deel v. Wyeth Inc | USDC ED VA |
| 4:05-cv-01285-BRW | West v. Wyeth Inc et al | USDC ED NC |
| 4:05-cv-01310-BRW | Garza v. Wyeth Inc et al | USDC SD TX |
| 4:05-cv-01350-BRW | Sheckleton et al v. Wyeth Inc et al | USDC MT |
| 4:05-cv-01352-BRW | Coward et al v. Wyeth et al | USDC ND MS |
| 4:05-cv-01353-BRW | Tsakeres et al v. Wyeth Inc et al | USDC RI |
| 4:05-cv-01365-BRW | Clunn v. Pharmacia & Upjohn, Inc. et al | USDC WD TX |
| 4:05-cv-01367-BRW | Jewer et al v. Wyeth et al | USDC MD |
| 4:05-cv-01368-BRW | Hickman et al v. Wyeth Inc et al | USDC MD |
| 4:05-cv-01380-BRW | Maliko v. Wyeth | USDC ED TX |
| 4:05-cv-01387-BRW | Swanson v. Wyeth et al | USDC WD WA |
| 4:05-cv-01388-BRW | Hohenberg et al v. Wyeth Inc et al | USDC MA |
| 4:05-cv-01392-BRW | Hinton v. Wyeth Inc et al | USDC MD NC |
| 4:05-cv-01395-BRW | Malveaux v. Wyeth et al | USDC WD LA |
| 4:05-cv-01397-BRW | Brooks v. Wyeth Inc et al | USDC SD MS |
| 4:05-cv-01398-BRW | Hughes v. Wyeth et al | USDC ND GA |
| 4:05-cv-01407-BRW | Biggs et al v. Wyeth et al | USDC MN |

| Case Number | Caption | Court |
|---|---|---|
| 4:05-cv-01410-BRW | Veal et al v. Wyeth et al | USDC MN |
| 4:05-cv-01412-BRW | Blower v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01413-BRW | Androvandi v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01414-BRW | Stone v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01415-BRW | Abrams v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01416-BRW | Wotring v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01417-BRW | Butler v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01418-BRW | Walz v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01419-BRW | Himes et al v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01421-BRW | Howerton et al v. Wyeth Inc et al | USDC SC |
| 4:05-cv-01429-BRW | Bonar et al v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01430-BRW | Blankenship et al v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01431-BRW | Wilensky v. Wyeth et al | USDC MN |
| 4:05-cv-01435-BRW | Mays et al v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01436-BRW | Hamilton v. Wyeth et al | USDC MN |
| 4:05-cv-01437-BRW | Dudgeon et al v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01438-BRW | Anderson v. Wyeth et al | USDC MN |
| 4:05-cv-01439-BRW | Lee et al v. Wyeth et al | USDC MN |
| 4:05-cv-01441-BRW | Burchynsky v. Wyeth et al | USDC MN |
| 4:05-cv-01442-BRW | Monk et al v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01443-BRW | Boots et al v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01444-BRW | Sullivan v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01445-BRW | Terry v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01447-BRW | Hoskins v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01448-BRW | Sanders v. Wyeth et al | USDC MN |
| 4:05-cv-01450-BRW | Hines et al v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01451-BRW | Wolfe et al v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01452-BRW | Murphy et al v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01453-BRW | Cain v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01454-BRW | Miller v. Wyeth et al | USDC MN |
| 4:05-cv-01456-BRW | Spiering v. Wyeth et al | USDC MN |
| 4:05-cv-01465-BRW | Clark v. Wyeth et al | USDC MN |
| 4:05-cv-01470-BRW | Muller v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01478-BRW | Pruette et al v. Wyeth Inc et al | USDC SC |
| 4:05-cv-01480-BRW | Ison et al v. Wyeth Inc et al | USDC SC |
| 4:05-cv-01482-BRW | Craven v. Wyeth Inc et al | USDC SC |
| 4:05-cv-01484-BRW | Sabers et al v. Wyeth Inc et al | USDC SD |
| 4:05-cv-01489-BRW | Baker et al v. Wyeth et al | USDC SD NY |
| 4:05-cv-01535-BRW | Trevino v. Wyeth Inc et al | USDC SD MS |
| 4:05-cv-01536-BRW | Witkowski et al v. Wyeth Inc et al | USDC ED WI |
| 4:05-cv-01556-BRW | Leeb v. Wyeth Inc et al | USDC ED WI |
| 4:05-cv-01557-BRW | Fellenz et al v. Wyeth Inc et al | USDC ED WI |
| 4:05-cv-01565-BRW | Schulter v. Wyeth et al | USDC MN |
| 4:05-cv-01569-BRW | Jones et al v. Wyeth Inc et al | USDC MN |
| 4:05-cv-01570-BRW | Robeson v. Wyeth et al | USDC MN |

| Case Number | Case Name | Court |
|---|---|---|
| 4:05-cv-01571-BRW | Macht v. Wyeth et al | USDC MN |
| 4:05-cv-01579-BRW | Rasmussen et al v. Wyeth Inc et al | USDC WD WI |
| 4:05-cv-01580-BRW | Erdman et al v. Wyeth Inc et al | USDC WD WI |
| 4:05-cv-01588-BRW | Lewis v. Wyeth Inc et al | USDC MD FL |
| 4:05-cv-01589-BRW | Hinson et al v. Wyeth et al | USDC MD FL |
| 4:05-cv-01591-BRW | Gruetzmacher v. Wyeth et al | USDC MN |
| 4:05-cv-01592-BRW | Wiederkehr v. Wyeth et al | USDC MN |
| 4:05-cv-01602-BRW | Elliot v. Wyeth et al | USDC MN |
| 4:05-cv-01604-BRW | Barrera et al v. Wyeth | USDC ND TX |
| 4:05-cv-01607-BRW | Anderson v. Wyeth et al | USDC MA |
| 4:05-cv-01616-BRW | Schober v. Wyeth Inc et al | USDC MD FL |
| 4:05-cv-01617-BRW | Bliven v. Wyeth Inc et al | USDC MD FL |
| 4:05-cv-01618-BRW | Rafferty v. Wyeth et al | USDC MD FL |
| 4:05-cv-01619-BRW | Boese v. Wyeth Inc et al | USDC MD FL |
| 4:05-cv-01633-BRW | Perotti v. Wyeth Pharmaceuticals Inc et al | USDC ND FL |
| 4:05-cv-01639-BRW | Le Compte v. Wyeth et al | USDC SD TX |
| 4:05-cv-01649-BRW | Arello et al v. Wyeth et al | USDC SD NY |
| 4:05-cv-01651-BRW | Cormier v. Wyeth et al | USDC MA |
| 4:05-cv-01655-BRW | Snell v. Pharmacia and Upjohn Company LLC et al | USDC ED TX |
| 4:05-cv-01657-BRW | Gross et al v. Wyeth Inc et al | USDC ND MS |
| 4:05-cv-01661-BRW | McKoy et al v. Wyeth Inc et al | USDC ED OK |
| 4:05-cv-01663-BRW | Weston et al v. Wyeth et al | USDC MN |
| 4:05-cv-01666-BRW | Graf v. Wyeth et al | USDC MN |
| 4:05-cv-01667-BRW | McDina et al v. Wyeth et al | USDC MN |
| 4:05-cv-01674-BRW | Jordan v. Wyeth Holdings Corp. et al | USDC ND WV |
| 4:05-cv-01675-BRW | Harris et al v. Wyeth Inc et al | USDC WD MO |
| 4:05-cv-01676-BRW | Johnson et al v. Wyeth et al | USDC WD MO |
| 4:05-cv-01678-BRW | Everett et al v. Wyeth et al | USDC WD MO |
| 4:05-cv-01681-BRW | Camp et al v. Wyeth Inc et al | USDC WD MO |
| 4:05-cv-01683-BRW | Carnesecca et al v. Wyeth Inc et al | USDC WD MO |
| 4:05-cv-01685-BRW | Cummins et al v. Wyeth et al | USDC WD MO |
| 4:05-cv-01686-BRW | Ball v. Wyeth et al | USDC WD WA |
| 4:05-cv-01688-BRW | Graeber et al v. Wyeth et al | USDC WD WA |
| 4:05-cv-01690-BRW | Bartlett v. Wyeth et al | USDC CD CA |
| 4:05-cv-01691-BRW | Geddes v. Wyeth et al | USDC NM |
| 4:05-cv-01692-BRW | Florio v. Wyeth Inc et al | USDC MD FL |
| 4:05-cv-01693-BRW | Epstein v. Wyeth Inc et al | USDC MD FL |
| 4:05-cv-01694-BRW | Murphy v. Wyeth Inc et al | USDC MD FL |
| 4:05-cv-01700-BRW | Beardsley et al v. Wyeth et al | USDC MN |
| 4:05-cv-01703-BRW | Fiore v. Wyeth et al | USDC SD CA |
| 4:05-cv-01704-BRW | Ostrom v. Wyeth et al | USDC SD CA |
| 4:05-cv-01708-BRW | Hernandez et al v. Wyeth et al | USDC WD MO |
| 4:05-cv-01710-BRW | Bryan et al v. Wyeth et al | USDC ED MO |
| 4:05-cv-01711-BRW | Mayville et al v. Wyeth Inc et al | USDC ED WI |
| 4:05-cv-01728-BRW | Lankford et al v. Wyeth et al | USDC MN |

| Case Number | Case Name | Court |
|---|---|---|
| 4:05-cv-01730-BRW | Bailey v. Wyeth et al | USDC MN |
| 4:05-cv-01731-BRW | Lachowicz v. Wyeth et al | USDC MN |
| 4:05-cv-01740-BRW | Lowe v. Wyeth et al | USDC MN |
| 4:05-cv-01746-BRW | Coldiron v. Wyeth et al | USDC MN |
| 4:05-cv-01747-BRW | Gatson v. Wyeth et al | USDC MN |
| 4:05-cv-01748-BRW | Smith v. Wyeth et al | USDC MN |
| 4:05-cv-01758-BRW | Howke v. Wyeth Inc et al | USDC MT |
| 4:05-cv-01792-BRW | Dewall et al v. Wyeth et al | USDC MN |
| 4:05-cv-01816-BRW | Scher v. Wyeth et al | USDC ED NY |
| 4:05-cv-01855-BRW | Catron v. Wyeth Inc et al | USDC WD VA |
| 4:05-cv-01869-BRW | Pecha v. Wyeth Pharmaceuticals Inc et al | USDC MN |
| 4:05-cv-01873-BRW | Virka et al v. Wyeth Inc et al | USDC NE |
| 4:05-cv-01875-BRW | Bugh v. Wyeth Pharmaceuticals Inc et al | USDC MN |
| 4:05-cv-01876-BRW | Hisaw v. Wyeth et al | USDC MN |
| 4:05-cv-01877-BRW | Nowak et al v. Wyeth et al | USDC MN |
| 4:05-cv-01878-BRW | Young v. Wyeth et al | USDC MN |
| 4:05-cv-01882-BRW | West et al v. Wyeth Inc et al | USDC SD OH |
| 4:05-cv-01884-BRW | Repensek v. Wyeth et al | USDC SD FL |
| 4:05-cv-01886-BRW | Fenner et al v. Wyeth et al | USDC ED MO |
| 4:05-cv-01889-BRW | Graham v. Wyeth et al | USDC MD AL |
| 4:05-cv-01894-BRW | Norman v. Wyeth Pharmaceuticals Inc et al | USDC MN |
| 4:05-cv-01895-BRW | Carter v. Wyeth et al | USDC MN |
| 4:05-cv-01899-BRW | Feinstein et al v. Wyeth et al | USDC MN |
| 4:05-cv-01911-BRW | Joyner v. Wyeth Inc et al | USDC ED NC |
| 4:05-cv-01913-BRW | Toler et al v. Wyeth et al | USDC SD WV |
| 4:05-cv-01914-BRW | Olin v. Wyeth et al | USDC SD FL |
| 4:05-cv-01917-BRW | Moore v. Wyeth Inc et al | USDC WD NC |
| 4:06-cv-00008-BRW | King v. Wyeth et al | USDC SD MS |
| 4:06-cv-00022-BRW | Gelstin v. Wyeth et al | USDC WD WA |
| 4:06-cv-00023-BRW | Cooper v. Wyeth Inc et al | USDC OR |
| 4:06-cv-00048-BRW | Davis v. Wyeth et al | USDC MN |
| 4:06-cv-00055-BRW | Langer v. Wyeth Inc et al | USDC ND CA |
| 4:06-cv-00068-BRW | Arnold et al v. Wyeth et al | USDC ND MS |
| 4:06-cv-00069-BRW | Heleniak et al v. Wyeth et al | USDC ND MS |
| 4:06-cv-00070-BRW | Watson et al v. Wyeth et al | USDC ND MS |
| 4:06-cv-00071-BRW | Murphy et al v. Wyeth et al | USDC ND MS |
| 4:06-cv-00073-BRW | Stewart et al v. Wyeth et al | USDC ND MS |
| 4:06-cv-00081-BRW | Helmer et al v. Wyeth et al | USDC MN |
| 4:06-cv-00082-BRW | Preston v. Wyeth et al | USDC MN |
| 4:06-cv-00084-BRW | Volpini v. Wyeth et al | USDC VT |
| 4:06-cv-00085-BRW | Sussman v. Wyeth et al | USDC VT |
| 4:06-cv-00086-BRW | Eldred v. Wyeth et al | USDC VT |
| 4:06-cv-00087-BRW | Sprinkle et al v. Wyeth Inc et al | USDC WD NC |
| 4:06-cv-00091-BRW | Tannahill v. Wyeth Inc et al | USDC ND TX |
| 4:06-cv-00092-BRW | Beahm v. Wyeth et al | USDC WD LA |

| Case Number | Case Name | Court |
|---|---|---|
| 4:06-cv-00097-BRW | Mall et al v. Wyeth et al | USDC MD |
| 4:06-cv-00098-BRW | Barnett v. Wyeth et al | USDC MN |
| 4:06-cv-00104-BRW | Thornell v. Pharmacia & Upjohn Company, et al | USDC MN |
| 4:06-cv-00109-BRW | Rees v. Wyeth et al | USDC ME |
| 4:06-cv-00123-BRW | Uyechi et al v. Rite Aid Corp. et al | USDC CD CA |
| 4:06-cv-00130-BRW | Bauer v. Wyeth et al | USDC ME |
| 4:06-cv-00131-BRW | Pittser v. Wyeth et al | USDC ND OK |
| 4:06-cv-00147-BRW | Lynn v. Wyeth Inc et al | USDC MN |
| 4:06-cv-00162-BRW | Raya et al v. Wyeth et al | USDC MN |
| 4:06-cv-00171-BRW | Green v. Wyeth et al | USDC MD FL |
| 4:06-cv-00172-BRW | Bridegroom v. Wyeth et al | USDC MN |
| 4:06-cv-00176-BRW | Tremblay et al v. Wyeth et al | USDC MD FL |
| 4:06-cv-00190-BRW | Hennessey v. Wyeth Inc et al | USDC NH |
| 4:06-cv-00196-BRW | Macaulay et al v. Wyeth et al | USDC ND TX |
| 4:06-cv-00203-BRW | Picard v. Wyeth et al | USDC MN |
| 4:06-cv-00204-BRW | Campbell et al v. Wyeth et al | USDC WD MO |
| 4:06-cv-00214-BRW | Serpa-Torres et al v. Wyeth | USDC Puerto Rico |
| 4:06-cv-00215-BRW | Calhoun v. Wyeth Inc | USDC MD FL |
| 4:06-cv-00218-BRW | Franks et al v. Wyeth et al | USDC WD MO |
| 4:06-cv-00219-BRW | Griffith et al v. Wyeth et al | USDC WD MO |
| 4:06-cv-00226-BRW | Robinson et al v. Wyeth et al | USDC ND TX |
| 4:06-cv-00227-BRW | Elzey v. Wyeth Inc | USDC SD TX |
| 4:06-cv-00234-BRW | Fields v. Wyeth et al | USDC ED VA |
| 4:06-cv-00239-BRW | Higginbottom v. Wyeth Inc et al | USDC MA |
| 4:06-cv-00247-BRW | Walsh v. Wyeth Inc et al | USDC MA |
| 4:06-cv-00260-BRW | Guarino et al v. Wyeth Inc et al | USDC MA |
| 4:06-cv-00267-BRW | Bennett v. Wyeth Inc et al | USDC MA |
| 4:06-cv-00270-BRW | Birmingham et al v. Wyeth | USDC MN |
| 4:06-cv-00273-BRW | Johnson v. Wyeth et al | USDC MN |
| 4:06-cv-00279-BRW | Benner v. Wyeth Inc et al | USDC WD TN |
| 4:06-cv-00385-BRW | Lawrence v. Wyeth Inc et al | USDC CT |
| 4:06-cv-00393-BRW | Hannibal et al v. Wyeth et al | USDC MN |
| 4:06-cv-00439-BRW | Steiger v. Wyeth et al | USDC MN |
| 4:06-cv-00444-BRW | Hensley et al v. Wyeth et al | USDC ED MO |
| 4:06-cv-00448-BRW | Campos v. Wyeth et al | USDC MA |
| 4:06-cv-00471-BRW | Wolfe et al v. Wyeth Inc et al | USDC MN |
| 4:06-cv-00543-BRW | Churchward v. Wyeth Inc et al | USDC MD FL |
| 4:06-cv-00544-BRW | Fyala v. Wyeth Inc | USDC WD PA |
| 4:06-cv-00553-BRW | Mercer v. Wyeth Inc, et al | USDC MD FL |
| 4:06-cv-00566-BRW | Hyman et al v. Wyeth Inc et al | USDC SC |
| 4:06-cv-00627-BRW | Corning et al v. Wyeth Inc et al | USDC SC |
| 4:06-cv-00638-BRW | Karnbad v. Wyeth Inc | USDC MN |
| 4:06-cv-00646-BRW | Warren v. Wyeth et al | USDC ND GA |
| 4:06-cv-00649-BRW | Parker et al v. Wyeth Inc et al | USDC ND GA |
| 4:06-cv-00650-BRW | Jackson v. Wyeth et al | USDC MN |

| Case Number | Case Name | Court |
|---|---|---|
| 4:06-cv-00677-BRW | Chavez v. Wyeth et al | USDC MN |
| 4:06-cv-00680-BRW | Parsons v. Wyeth Inc et al | USDC MD FL |
| 4:06-cv-00689-BRW | Cockcroft et al v. Wyeth et al | USDC MN |
| 4:06-cv-00692-BRW | Borne v. Wyeth et al | USDC MN |
| 4:06-cv-00695-BRW | Druckman et al v. Wyeth et al | USDC MN |
| 4:06-cv-00715-BRW | Williams v. Wyeth et al | USDC MD FL |
| 4:06-cv-00719-BRW | Saylor et al v. Wyeth et al | USDC MD FL |
| 4:06-cv-00720-BRW | Purvis v. Wyeth Pharmaceuticals Inc et al | USDC MD FL |
| 4:06-cv-00729-BRW | Haushahn et al v. Wyeth et al | USDC MN |
| 4:06-cv-00742-BRW | DeCunto et al v. Wyeth Inc et al | USDC RI |
| 4:06-cv-00743-BRW | Nelson et al v. Wyeth et al | USDC MD FL |
| 4:06-cv-00830-BRW | Alley et al v. Wyeth Pharmaceuticals Inc et al | USDC MD FL |
| 4:06-cv-00832-BRW | Chouinard et al v. Wyeth Pharmaceuticals Inc et al | USDC MD FL |
| 4:06-cv-00833-BRW | DeVarti et al v. Wyeth Pharmaceuticals Inc et al | USDC MD FL |
| 4:06-cv-00834-BRW | Fini v. Wyeth Pharmaceuticals Inc et al | USDC MD FL |
| 4:06-cv-00835-BRW | Fischer et al v. Wyeth Pharmaceuticals Inc et al | USDC MD FL |
| 4:06-cv-00836-BRW | Knocke v. Wyeth Pharmaceuticals Inc et al | USDC MD FL |
| 4:06-cv-00837-BRW | Yousko et al v. Wyeth Pharmaceuticals Inc et al | USDC MD FL |
| 4:06-cv-00867-BRW | Stallworth v. Wyeth Pharmaceuticals Inc et al | USDC SD AL |
| 4:06-cv-00908-BRW | Shanks v. Wyeth et al | USDC SD MS |
| 4:06-cv-01047-BRW | Erickson et al v. Wyeth et al | USDC MN |
| 4:06-cv-01085-BRW | Cordo et al v. Wyeth et al | USDC MN |
| 4:06-cv-01113-BRW | Barth et al v. Wyeth et al | USDC MN |
| 4:06-cv-01116-BRW | Ayers et al v. Wyeth et al | USDC MN |
| 4:06-cv-01117-BRW | Johnson-Bishop et al v. Wyeth et al | USDC MN |
| 4:06-cv-01119-BRW | Robinson v. Wyeth et al | USDC MN |
| 4:06-cv-01122-BRW | Kennon v. Wyeth et al | USDC ED MO |
| 4:06-cv-01123-BRW | Ballew et al v. Wyeth et al | USDC MN |
| 4:06-cv-01135-BRW | Johnson et al v. Wyeth et al | USDC ED MO |
| 4:06-cv-01142-BRW | Andrews v. Wyeth et al | USDC ED MO |
| 4:06-cv-01147-BRW | Ferguson et al v. Wyeth et al | USDC ED MO |
| 4:06-cv-01148-BRW | Devalk v. Wyeth et al | USDC ED MO |
| 4:06-cv-01150-BRW | Hellman et al v. Wyeth et al | USDC ED MO |
| 4:06-cv-01155-BRW | Herbert et al v. Wyeth et al | USDC MN |
| 4:06-cv-01156-BRW | Tonagel et al v. Wyeth et al | USDC MN |
| 4:06-cv-01166-BRW | Beck et al v. Wyeth et al | USDC ED MO |
| 4:06-cv-01185-BRW | Cushman et al v. Wyeth et al | USDC ED MO |
| 4:06-cv-01187-BRW | Clark et al v. Wyeth et al | USDC ED MO |
| 4:06-cv-01188-BRW | Calma et al v. Wyeth et al | USDC ED MO |
| 4:06-cv-01189-BRW | Burchfield et al v. Wyeth et al | USDC ED MO |
| 4:06-cv-01190-BRW | Wright et al v. Wyeth et al | USDC ED MO |
| 4:06-cv-01194-BRW | Trader et al v. Wyeth et al | USDC ED MO |
| 4:06-cv-01195-BRW | Sbrocchi v. Wyeth et al | USDC ED MO |
| 4:06-cv-01196-BRW | Johnson et al v. Wyeth et al | USDC ED MO |
| 4:06-cv-01197-BRW | Buchanan et al v. Wyeth et al | USDC ED MO |

| | | |
|---|---|---|
| 4:06-cv-01198-BRW | Ganzy et al v. Wyeth et al | USDC ED MO |
| 4:06-cv-01201-BRW | Wejrowski et al v. Wyeth et al | USDC ED MO |
| 4:06-cv-01202-BRW | Barg v. Wyeth et al | USDC ED MO |
| 4:06-cv-01203-BRW | Ballew et al v. Wyeth et al | USDC ED MO |
| 4:06-cv-01204-BRW | Sullivan v. Wyeth et al | 45USDC ED MO |